1078

No. 00–781. KRONISCH, EXECUTRIX OF THE ESTATE OF GLICK-MAN *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–782. MORRIS ET AL. *v.* GROUP W, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–784. KEANU ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–787. HAYNES ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–793. CHICAGO AND NORTHEAST ILLINOIS DISTRICT COUNCIL OF CARPENTERS *v.* CONTEMPO DESIGN, INC. C. A. 7th Cir. Certiorari denied.

No. 00–794. AHUJA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–797. McKIMM *v.* OHIO ELECTIONS COMMISSION. Sup. Ct. Ohio. Certiorari denied.

No. 00–805. THORNHILL ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–807. TUCKER ET VIR *v.* MTS, INC., T/A TOWER REC-ORDS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–810. POLSBY *v.* MIKULSKI ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–812. STOLT OFFSHORE INC. ET AL. *v.* SCIENCE APPLICA-TIONS INTERNATIONAL CORP. C. A. 5th Cir. Certiorari denied.

No. 00–815. HERSCHAFT *v.* NEW YORK BOARD OF ELECTIONS. C. A. 2d Cir. Certiorari denied.

No. 00–817. PAUL *v.* FREDLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–821. TUTMAN *v.* WBBM–TV, INC./CBS, INC. C. A. 7th Cir. Certiorari denied.